IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BMO HARRIS BANK N.A.                                            PLAINTIFF

v.                  Case No. 4:17-cv-00450-KGB

SUSTAINABLE FREIGHT GROUP, *et al.*                     DEFENDANTS

## ORDER

Before the Court is a stipulation of dismissal filed by plaintiff BMO Harris Bank, N.A., and defendants Sustainable Freight Group and Wendell Jones (Dkt. No. 9). The parties submit that they have reached a settlement in this matter. The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 9). The action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

It is so ordered this 7th day of June, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge